USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/5/2019

ALAN L. FRANK ●*+▫
KYLE M. KULZER*+
SAMANTHA A. MILLROOD*+
EVAN L. FRANK *+♫▵
SUSAN B. PLINER*+
JORDAN E. FRANK *+
JACLYN H. FRANK *+♫
JEFFREY J. GOLDIN *+
DANIEL A. ROSS +

PARALEGALS
DEBRA E. MCGUCKIN
DEE A. WILK
DAWN M. WELSH
LISBETH LOZADA

● Certified by the NJ Supreme Court
  as a Civil Trial Attorney
* MEMBER PA BAR
+ MEMBER NJ BAR
▫ MEMBER NY BAR
♫ MEMBER FL BAR
▵ REGISTERED PATENT ATTORNEY

**ALAN L. FRANK**
**LAW ASSOCIATES, P.C.**
Attorneys at Law

135 OLD YORK ROAD
JENKINTOWN, PA 19046
(215) 935-1000
FAX NO. (215) 935-1110

CENTER CITY PHILADELPHIA OFFICE

1515 MARKET STREET
SUITE 1200
PHILADELPHIA, PA 19102

OF COUNSEL
DAVID M. D'ORLANDO *+
ROBERT E. BROOKMAN *+▫

E-MAIL ADDRESS:
afrank@alflaw.net

December 5, 2019

*VIA ECF*

The Honorable Analisa Torres, District Judge
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

> **RE:** *Rackwise, Inc. v. Foley Shechter Ablovatskiy, LLP, Jonathan R. Shechter,*
> *Esquire and Alexander Ablovatskiy, Esquire*
> *U.S.D.C., Southern District of NY, No. 19-civ-11094 (AT)*
>
> *Initial Pretrial Conference - February 3, 2020 at 11:40 a.m.*

Dear Judge Torres:

The undersigned and this firm represents Plaintiff, Rackwise, Inc. with respect to the above captioned matter. I write to request an adjournment of the Initial Pretrial Conference.

The Complaint was filed with the Court on December 4, 2019, and an Initial Pretrial Conference Order was entered on December 4, 2019, scheduling an initial pretrial conference on February 3, 2020, at 11:40 a.m.

I am representing the Claimant in an Arbitration in *TCL Acquisition Holdings, LLC vs. JAACA, LLC, et al., No. 01-17-0007-5625* which has been scheduled for some time to take place on February 3, 4, 5, 10 and 11, 2020 before the Hon. Annette M. Rizzo (Ret.), Hon. Stephen M. Orlofsky (Ret.) and Daniel S. Bernheim, 3d, in Philadelphia, PA.

The Defendants, as of this date, have not been served with the Complaint, Initial Pretrial Conference Order and Your Honor's Individual Practices.

This is the first request for adjournment by Plaintiff. No previous requests have been requested.

I thank Your Honor with respect to this request.

Respectfully,

ALAN L. FRANK

ALF:daw
cc:    Foley Shechter Ablovatskiy, LLP
       Jonathan R. Shechter, Esquire
       Alexander Ablovatskiy, Esquire

GRANTED. The initial pretrial conference
scheduled for February 3, 2020 is ADJOURNED
to **February 13, 2020,** at **10:40 a.m.** By
**February 6, 2020,** the parties shall submit their
joint letter and proposed case management plan.

Dated:  December 5, 2019
        New York, New York

ANALISA TORRES
United States District Judge