UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RACKWISE INC.,

                Plaintiff,

-against-

FOLEY SHECHTER ABLOVATSKIY, LLP,
JONATHAN R. SHECHTER, ESQUIRE, and
ALEXANDER ABLOVATSKIY, ESQUIRE,

                Defendants.
-----------------------------------------------------------X

Civil Action No.: 1:19-cv-11094(AT)(SLC)

**DECLARATION OF ALEKSANDER ABLOVATSKIY**

Aleksander Ablovatskiy, Esq. (incorrectly sued herein as "Alexander Ablovatskiy, Esquire"), declares under penalty of perjury as follows:

1. I am a partner of the law firm Foley Shechter Ablovatskiy, LLP, a defendant in this action. I am also a named defendant in this action. I submit this Declaration in opposition to Plaintiff's motion to compel and in support of Defendants' cross-motion to compel.

2. Annexed hereto as Exhibit "A" is a true and correct copy of Foley Shechter LLP's April 5, 2017 Engagement Agreement in relation to Rackwise, Inc., which was signed by Guy Archbold; the Schedule A hourly rate page is not included in this exhibit.

3. Annexed hereto as Exhibit "B" is a true and correct copy of a letter, dated April 25, 2017, that Foley Shechter LLP received from Bryan McCarthy, Esq. of Dorsey & Whitney LLP.

Dated:  New York, New York
          November 6, 2020

DocuSigned by:

*Aleksander Ablovatskiy*
237E171577AD4E6...

Aleksander Ablovatskiy, Esq.