```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
RACKWISE INC.
1610 Wynkoop Street, Suite 400
Denver, Colorado 80202,

                    Plaintiff,

        -against-

FOLEY SHECHTER ABLOVATSKIY, LLP
211 East 43rd Street, Seventh Floor, Suite 609
New York, New York 10017
        and
JONATHAN R. SHECHTER, ESQUIRE
Foley Schechter
211 East 43rd Street, Seventh Floor, Suite 609
New York, New York 10017
        and
ALEXANDER ABLOVATSKIY, ESQUIRE
Foley Schechter
211 East 43rd Street, Seventh Floor, Suite 609
New York, New York 10017,

                    Defendants.
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __11/12/2020__

19 Civ. 11094 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

In light of the so-ordered stipulation extending the deadline to complete discovery, ECF No. 51, the case management conference scheduled for November 16, 2020, is ADJOURNED to **January 19, 2021**, at **11:00 a.m.** By **January 12, 2021**, the parties shall file their joint status report. *See* ECF No. 32 ¶ 16.

The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, at 11:00 a.m. on January 19, 2021, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

SO ORDERED.

Dated: November 12, 2020
       New York, New York

ANALISA TORRES
United States District Judge