```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
┌─────────────────────────────────────┐
│ RACKWISE INC.                       │
│ 1610 Wynkoop Street, Suite 400      │
│ Denver, Colorado 80202,             │
│                                     │
│                       Plaintiff,    │
│                                     │
│         -against-                   │
│                                     │
│ FOLEY SHECHTER ABLOVATSKIY, LLP     │
│ 211 East 43rd Street, Seventh Floor,│
│   Suite 609                         │
│ New York, New York 10017            │
│         and                         │
│ JONATHAN R. SHECHTER, ESQUIRE       │
│ Foley Schechter                     │
│ 211 East 43rd Street, Seventh Floor,│
│   Suite 609                         │
│ New York, New York 10017            │
│         and                         │
│ ALEXANDER ABLOVATSKIY, ESQUIRE      │
│ Foley Schechter                     │
│ 211 East 43rd Street, Seventh Floor,│
│   Suite 609                         │
│ New York, New York 10017,           │
│                                     │
│                       Defendants.   │
└─────────────────────────────────────┘
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/13/2021_

19 Civ. 11094 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for January 19, 2021, is ADJOURNED to **April 12, 2021**, at **11:00 a.m.** By **April 5, 2021**, the parties shall file their joint status report. *See* ECF No. 32 ¶ 16.

The conference will proceed in accordance with the Court's Emergency Rules and Practices in Light of COVID-19. Accordingly, at 11:00 a.m. on April 12, 2021, the parties shall call into the Court's dedicated conference line at (888) 398-2342 or (215) 861-0674, and then enter the access code 5598827, followed by the pound sign.

SO ORDERED.

Dated: January 13, 2021
      New York, New York

ANALISA TORRES
United States District Judge