


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RACKWISE INC.
1610 Wynkoop Street, Suite 400
Denver, Colorado 80202,

           Plaintiff,

-against-

FOLEY SHECHTER ABLOVATSKIY, LLP
211 East 43rd Street, Seventh Floor, Suite 609
New York, New York 10017
    and
JONATHAN R. SHECHTER, ESQUIRE
Foley Schechter
211 East 43rd Street, Seventh Floor, Suite 609
New York, New York 10017
    and
ALEXANDER ABLOVATSKIY, ESQUIRE
Foley Schechter
211 East 43rd Street, Seventh Floor, Suite 609
New York, New York 10017,

           Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/15/2021_____

19 Civ. 11094 (AT) (SLC)

**ORDER**

ANALISA TORRES, District Judge:

      The Court has been advised that all claims asserted herein have been settled in principle. The above-entitled action is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within thirty days of the date of this Order if the settlement is not consummated.

      Any application to reopen must be filed <u>within thirty days</u> of this Order; any application to reopen filed thereafter may be denied solely on that basis.  Further, if the parties wish for the Court to retain jurisdiction for the purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the same thirty-day period to be so-ordered by the Court.  Per Rule IV(C) of the Court's Individual Practices in Civil Cases, the Court will not retain jurisdiction to enforce a settlement agreement unless it is made part of the public record.

Any pending motions are moot. All conferences are vacated. The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: January 15, 2021
New York, New York

_____
ANALISA TORRES
United States District Judge